1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESUS GONZALEZ-FERNANDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:05-cr-00040 AWI
                                   )
12         Plaintiff,              )   STIPULATION CONTINUING STATUS
                                   )   CONFERENCE HEARING
13     v.                          )   AND ORDER THEREON
                                   )
14 JESUS GONZALEZ-FERNANDEZ,       )   Date:  July 24, 2006
                                   )   Time:  9:00 A.M.
15         Defendant.              )   Judge: Hon. Anthony W. Ishii
                                   )
16 _____  )

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference **currently set for July 3, 2006, at 9:00 A.M., may be continued to**

20 **July 24, 2006.**

21     The continuance is at the request of defense counsel to provide additional time to review the plea

22 and for further negotiations.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and
4  3161(h)(8)(B)(iv).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: June 29, 2006                By:    /s/ Francine Zepeda with consent of
                                                            Marlon Cobar
                                                   MARLON COBAR
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff


                                                   DANIEL J. BRODERICK
                                                   Federal Public Defender

DATED: June 29, 2006                By:    /s/ Francine Zepeda
                                                   FRANCINE ZEPEDA
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   JESUS GONZALEZ-FERNANDEZ


## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:   June 30, 2006**                           /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE