DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS GONZALEZ-FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00040 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING |
| v. | ) | AND ORDER THEREON |
| JESUS GONZALEZ-FERNANDEZ, | ) | Date:  September 25, 2006 |
| Defendant. | ) | Time:  9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference **currently set for September 21, 2006, at 9:00 A.M., may be continued to September 25, 2006.**

The continuance is at the request of defense counsel to provide additional time to review the plea and for further negotiations.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 20, 2006          By:   /s/ Marlon Cobar
                                         MARLON COBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: September 20, 2006          By:   /s/ Francine Zepeda
                                         FRANCINE ZEPEDA
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         JESUS GONZALEZ-FERNANDEZ

# **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:     September 22, 2006**               /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing and Order Thereon                    2